1  STEVEN D. WERTH, State Bar No. 121153
   LOW, BALL & LYNCH
2  505 Montgomery Street, 7th Floor
   San Francisco, CA 94111-2584
3  TEL: (415) 981-6630
   FAX: (415) 982-1634
4
   Attorneys for Defendant
5  GUARDSMARK, LLC

6
   PETER O. GLAESSNER, State Bar No. 93830
7  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
8  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
9  TEL: (510) 433-2600
   FAX: (510) 433-2699
10
   Attorneys for Defendant
11 SHERMAN FORD

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15
   K.F., and C. OLUKA,                )  No. C 05 1222 CW
16                                    )
              Plaintiffs,              )  **STIPULATION AND ORDER FOR**
17                                    )  **CONTINUANCE OF CASE**
       v.                              )  **MANAGEMENT CONFERENCE**
18                                    )
   GUARDSMARK, LLC., SHERMAN FORD and )
19 DOES 1 through 10, Inclusive,,     )
                                      )
20            Defendants.              )
                                      )
21

22         The parties, through their counsel of record, stipulate for a continuance of the Case

23 Management Conference from Friday, August 12, 2005 at 1:30 p.m. to Friday, September 9, 2005

24 at 1:30 p.m.

25         This continuance is to accommodate the schedules of counsel for Defendants who are

26 unavailable on August 12, 2005. Due to the schedules of all counsel, the first available Friday

27 when all lead counsel are available is Friday, September 9, 2005.

28

30558-34543 POG 504312.1                    -1-

STIPULATION AND ORDER FOR CONTINUANCE OF CMC

1     The parties have met and conferred and, notwithstanding this continuance, will file their joint case management report no later than August 5, 2005

3   DATED: July ___, 2005     BOXER & GERSON, LLP

By:_____
LESLIE F. LEVY
Attorneys for Plainiffs

DATED: July 11, 2005     LOW, BALL & LYNCH

By:_____
STEVEN D. WERTH
Attorneys for Defendant
GUARDSMARK, LLC

DATED: July 15, 2005     LOMBARDI, LOPER & CONANT, LLP

By:_____
PETER O. GLAESSNER
Attorneys for Defendant
SHERMAN FORD

### ORDER

By stipulation of the parties, the Case Management Conference is continued to September 9, 2005 at 1:30 p.m.

_____
United States District Court Judge

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/498-2000
FAX: 510/433-2690

30558-34543 POG 504312.1     -2-

STIPULATION AND ORDER FOR CONTINUANCE OF CMC

The parties have met and conferred and, notwithstanding this continuance, will file their joint case management report no later than August 5, 2005

DATED: July 15, 2005     BOXER & GERSON, LLP

By: /s/ Darci E. Burrell Pr
LESLIE F. LEVY
Attorneys for Plaintiffs

DATED: July     , 2005     LOW, BALL & LYNCH

By: _____
STEVEN D. WERTH
Attorneys for Defendant
GUARDSMARK, LLC

DATED: July 15, 2005     LOMBARDI, LOPER & CONANT, LLP

By: /s/ Peter O. Glaessner
PETER O. GLAESSNER
Attorneys for Defendant
SHERMAN FORD

ORDER

By stipulation of the parties, the Case Management Conference is continued to September 9, 2005 at 1:30 p.m.

IT IS SO ORDERED
/s/ Claudia Wilken
Judge Claudia Wilken

30558-34543 POG 504312.1

-2-

STIPULATION AND ORDER FOR CONTINUANCE OF CMC