IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

K.F. and C. OLUKA,                          No. C 05-01222 CW

      Plaintiffs,                            ORDER

    v.

GUARDSMARK LLC, et al.,

      Defendants.
_____/


    The Court is in receipt of letters from counsel regarding the mediation session held in the above-captioned case.  Pursuant to ADR L.R. 2-2, this matter is referred to Magistrate Judge Wayne D. Brazil for resolution and possible referral back to the mediator.


Dated 3/17/06

                                   _____
                                   CLAUDIA WILKEN
                                   United States District Judge


cc: WDB w/letters

United States District Court

For the Northern District of California