1  LESLIE F. LEVY, ESQ., State Bar No. 104634
2  DARCI E. BURRELL, ESQ., State Bar No. 180467
   BOXER & GERSON, LLP
   300 Frank H. Ogawa Plaza, Suite 500
3  Oakland, CA 94612
   Telephone: (510) 835-8870
4  Facsimile: (510) 835-0415
   E-mail: courtmail@boxerlaw.com
5
   Attorneys for Plaintiffs

**FILED**

MAR 28 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. F., and C. OLUKA, | No. C05-01222 CW |
| Plaintiffs, | [~~PROPOSED~~] ORDER |
| vs. | Complaint Filed: January 14, 2005 |
| GUARDSMARK, LLC, SHERMAN FORD and DOES 1 through 10, Inclusive, | Trial Date: January 8, 2007 |
| Defendants. | |

The request of Plaintiffs' counsel to excuse the personal appearance of Plaintiff Chuks Oluka at the second session of mediation is hereby granted. Mr. Oluka should be available by phone during the mediation.

Dated: 3/24/06

_____
Magistrate Judge Wayne D. Brazil

-1-
[PROPOSED] ORDER - CASE NO. C05-01222 CW