PETER O. GLAESSNER (State Bar No. 93830)
E-mail: pog@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorney for Defendant SHERMAN FORD

FILED

MAR 28 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.F. and C. OLUKA,<br><br>    Plaintiffs,<br><br>v.<br><br>GUARDSMARK, LLC, SHERMAN FORD and DOES 1-10, inclusive,<br><br>    Defendants. | No. C05-01222 CW<br><br>[PROPOSED] ORDER<br><br>Trial Date:    January 8, 2007 |

The application of Defendant SHERMAN FORD to be excused from personal appearance at the second session of the mediation scheduled in this matter is granted. Mr. Ford is ordered to be available by telephone during the mediation.

DATED: March 27, 2006

_____
Magistrate Judge Wayne D. Brazil

- 1 -

99999-00001 KRISTID 1046.1

Case No. C05-01222 CW
[PROPOSED] ORDER