1  STEVEN D. WERTH, #121153
   JANET H. LEADER, #139885
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendant
   GUARDSMARK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.F., OLUKA | Case No. C 05 1222 CW |
| Plaintiffs, | **STIPULATION AND ORDER** |
| vs. | **FOR CONTINUANCE OF** |
| | **COMPLETION OF FACT** |
| GUARDSMARK, INC., SHERMAN FORD | **DISCOVERY, DISCLOSURE OF** |
| | **IDENTITIES AND REPORTS OF** |
| Defendants. | **EXPERT WITNESSES, AND** |
| | **COMPLETION OF EXPERT** |
| | **DISCOVERY** |

The parties hereto, through their attorneys of record herein, hereby stipulate and agree that the last date for completion of fact discovery should be continued from April 14, 2006 to May 19, 2006, and the disclosure of identities and reports of expert witnesses should be continued from April 14, 2006 to May 19, 2006. Further, the completion expert discovery should be continued from May 31, 2006 to July 14, 2006. On April 10, 2006, the parties participated in another round of mediation and settlement discussions are ongoing. In light of the mediation, the parties held off on conducting certain non-expert discovery.

Dated: April _____, 2006.

LOW, BALL & LYNCH

By_____/s/_____
STEVEN D. WERTH
Attorneys for Defendants
GUARDSMARK, INC.

-1-

STIPULATION AND ORDER FOR CONTINUANCE OF COMPLETION OF FACT DISCOVERY, DISCLOSURE OF IDENTITIES AND REPORTS OF EXPERT WITNESSES, AND COMPLETION OF EXPERT DISCOVERY

J:\1007\SF0047\Pleadings\P-STP-ORD.wpd

1 | Dated: April _____, 2006.

BOXER & GERSON

By  /s/
LESLIE F. LEVY
Attorneys for Plaintiffs
K. F. and C. OLUKA

Dated: April _____, 2006.

LOMBARDI, LOPER & CONANT, LLP

By  /s/
PETER O. GLAESSNER
Attorneys for Defendant
SHERMAN FORD

**ORDER**

FOR GOOD CAUSE SHOWN, it is hereby ordered that the deadline to complete fact discovery is continued to May 19, 2006, and the date for disclosure of identities and reports of expert witnesses is continued to May 19, 2006. Expert discovery shall be completed by July 14, 2006.

Dated: April 18, 2006.

[signature]

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND ORDER FOR CONTINUANCE OF COMPLETION OF FACT DISCOVERY, DISCLOSURE OF IDENTITIES AND REPORTS OF EXPERT WITNESSES, AND COMPLETION OF EXPERT DISCOVERY

J:\1007\SF0047\Pleadings\P-STP-ORD.wpd