LESLIE F. LEVY, ESQ., State Bar No. 104634
DARCI E. BURRELL, ESQ., State Bar No. 180467
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
E-mail: courtmail@boxerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. F., and C. OLUKA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GUARDSMARK, LLC, SHERMAN FORD and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | No. C05-01222 CW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**<br><br>Complaint Filed:　January 14, 2005<br>Trial Date:　　　January 8, 2007 |

　　　IT IS HEREBY STIPULATED by and between the parties to this action through their counsel that the matter between Plaintiff K.F. and Defendants Guardsmark, Sherman Ford, et al., be dismissed with prejudice pursuant to FRCP 41(a)(1). Plaintiff Oluka's matter against Defendants Guardsmark and Sherman Ford is not dsmissed.

Dated: 5-22-06

BOXER & GERSON, LLP

By: _____
　　Leslie F. Levy
　　Attorneys for Plaintiffs K.F. and C. OLUKA

Dated: June 9 2006

**LOMBARDI, LOPER & CONANT, LLP**

By: _____
　　Peter O. Glaessner, Esq.
　　Attorney for Defendant, SHERMAN FORD

-1-

| | |
|---|---|
| Dated: 6/2/06 | LOW BALL & LYNCH<br>By: _____<br>Steven Werth, Esq.<br>Attorney for Defendant, GUARDSMARK, LLC |

**IT IS SO ORDERED.**
Dated: 7/7/06  _____

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

-2-
STIPULATION AND [*PROPOSED*] ORDER FOR DISMISSAL - CASE NO. C05-01222 CW