1  LESLIE F. LEVY, ESQ., State Bar No. 104634
   DARCI E. BURRELL, ESQ., State Bar No. 180467
2  BOXER & GERSON, LLP
   300 Frank H. Ogawa Plaza, Suite 500
3  Oakland, CA  94612
   Telephone:  (510) 835-8870
4  Facsimile:   (510) 835-0415
   E-mail: courtmail@boxerlaw.com
5
   Attorneys for Plaintiffs
6

7

8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 K. F., and C. OLUKA,                    ) No. C05-01222 CW
                                           )
12         Plaintiffs,                     ) **ORDER GRANTING AS MODIFIED**
                                           ) **STIPULATION FOR EXTENDING TIME**
13 vs.                                     )
                                           ) Complaint Filed:   January 14, 2005
14 GUARDSMARK, LLC, SHERMAN FORD           ) Trial Date:        January 8, 2007
   and DOES 1 through 10, Inclusive,       )
15                                         )
           Defendants.                     )
16

17     The opposition to each of Defendants' Summary Judgment motions are currently due July 14,

18 2006.  The reply briefs are currently due July 21, 2006.  The parties request an extension of time as

19 set forth herein.

20     Plaintiff hereby requests that this Court continue the date on which his opposition to both

21 Summary Judgments are due to July 26, 2006.  This request is being made on the basis of difficulties

22 in Plaintiff counsel's calendar, including the illness of a close relative requiring out of town travel

23 and the fact that two separate summary judgment motions require oppositions at the same time.

24     Defendants have graciously agreed to an extension to July 26, 2006 for oppositions.

25 However, due to travel schedules of the responsible defense counsels, this extension will not allow

26 them to reply within the one week time frame.  Therefore, the parties request that the reply briefs be

27 due on August 14, 2006.

28

The parties do not believe that these extensions will effect the litigation process as discovery is closed and trial is not until January 2007.  Therefore, the parties respectfully request that the Court grant the request that Plaintiff's oppositions to both summary judgment motions be due on July 26, 2006 and that each Defendant's reply brief be due on August 14, 2006.

Dated: July 7, 2006     **BOXER & GERSON, LLP**

By: /s/
Leslie F. Levy
Attorneys for Plaintiffs K.F. and C. OLUKA

Dated: July 6, 2006     **LOMBARDI, LOPER & CONANT, LLP**

By: /s/
Peter O. Glaessner, Esq.
Attorney for Defendant, SHERMAN FORD

Dated: July 6, 2006     **LOW BALL & LYNCH**

By: /s/
Steven Werth, Esq.
Attorney for Defendant, GUARDSMARK, LLC

**IT IS SO STIPULATED.  Plaintiff shall file a single, consolidated opposition to Defendants' motions of no more than 30 pages.  Defendants shall file a single, consolidated reply of no more than 20 pages, or separate replies of no more than 10 pages each.**

7/18/06

Dated: _____

_Claudia Wilken_
JUDGE OF THE UNITED STATES DISTRICT COURT