1  Steven D. Werth, State Bar No. 121153
   swerth@lowball.com
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, CA 94111-2584
   Telephone:    (415) 981-6630
4  Facsimile:    (415) 982-1634
   Attorneys for Defendant
5  GUARDSMARK, LLC

6  Peter O. Glaessner, State Bar No. 93830
   pog@llcllp.com
7  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
8  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
9  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
10 Attorneys for Defendant
   SHERMAN FORD

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                    OAKLAND DIVISION

15

   K. F. AND C. OLUKA ,                    Case No.  C 05 1222 CW
16
              Plaintiffs,                  **STIPULATION AND ORDER FOR RE-**
17                                         **SCHEDULING OF MANDATORY**
       v.                                  **SETTLEMENT CONFERENCE**
18
   GUARDSMARK, LLC, SHERMAN
19 FORD, ET AL. ,

20            Defendants.

21

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

   30558-34543 POG 529571.1                 STIPULATION AND ORDER
                                                  C 05 1222 CW

1        It is stipulated, through counsel of record, that the Mandatory Settlement Conference

2    previously re-scheduled by the court for December 8, 2006 at 9:30 a.m. is further re-scheduled for

3    Monday, December 4, 2006 at 1:30 p.m.

4

5    Dated:     November 22, 2006                    BOXER & GERSON

6

7                                                    By _____
                                                          LESLIE F. LEVY
8                                                    Attorneys for Plaintiff
                                                     CHUKS OLUKA
9

10   Dated:     November 20, 2006                    LOW, BALL & LYNCH

11

12
                                                     By: _____
13                                                         STEVEN D. WERTH
                                                     Attorneys for Defendant
14   GUARDSMARK, LLC

15

16   Dated:     November 16, 2006                    LOMBARDI, LOPER & CONANT, LLP

17

18                                                   By: _____
                                                          PETER O. GLAESSNER
19                                                   Attorneys for Defendant
     SHERMAN FORD
20

21                                    **ORDER**

22        The foregoing stipulation matters are so ordered.  Settlement Conference statements shall
                                                              be due on November 27, 2006.
23

24   MAGISTRATE JUDGE EDWARD CHEN

25

26                      IT IS SO ORDERED
                          MODIFIED
27
                        Judge Edward M. Chen
28

     30558-34543 POG 529571.1                  - 2 -                          STIPULATION AND ORDER
                                                                             C 05 1222 CW

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541